```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOSUE ROMERO, on behalf of himself and     :
all others similarly situated
:
:
                            Plaintiffs,     :      20-cv-7196 (VSB)
:
          -against-     :      **ORDER**
:
PRIMO WATER OPERATIONS, INC.,     :
:
                           Defendant.     :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: November 10, 2020
       New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge